SUNTAG & FEUERSTEIN
A Professional Corporation
ABRAM S. FEUERSTEIN (State Bar No. 133775)
The Kress Building
20 N. Sutter Street, 4th Floor
Stockton, CA 95202
Telephone: (209) 943-2004
Facsimile: (209) 943-0905

(Proposed) Attorneys for
Gary R. Farrar, Trustee

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>GUS BILL MANNOS and<br>TERESA MAE MANNOS,<br><br>           Debtors. | Case No. 09-34440-B-7<br>Chapter 7<br><br>DC No. SF-2<br><br>APPLICATION TO SHORTEN TIME FOR NOTICE OF MOTION BY CHAPTER 7 TRUSTEE TO SELL ASSETS OF BUSINESS<br><br>(No Hearing Set; If application is granted, hearing on motion will be:<br><br>Date: September 8, 2009<br>Time: 9:32 am<br>Dept.: B; Courtroom 33<br>Hon. Thomas C. Holman<br>US Bankruptcy Court<br>501 - I Street, 6th Floor<br>Sacramento, California) |

SHORTEN TIME APPLICATION RE MOTION FOR
AUTHORIZATION TO SELL BUSINESS ASSETS       -1-

TO THE HONORABLE THOMAS C. HOLMAN, UNITED STATES BANKRUPTCY COURT JUDGE:

Gary R. Farrar, the Chapter 7 trustee of the bankruptcy estate of Gus Bill Mannos and Theresa Mae Mannos (the "Debtors"), hereby applies to the Court for an order shortening time on his motion for authorization to sell the assets of the Debtors' pool maintenance and repair business located in Tracy, California, conducting operations under the name "West Side Pool Service" (the "Business"), for a purchase price of $15,000. In support of his application, Trustee represents as follows:

1. The Debtors filed a voluntary Chapter 7 bankruptcy case on July 13, 2009. Gary R. Farrar is the duly appointed Chapter 7 trustee.

2. The initial creditors' meeting was scheduled for August 20, 2009. One day prior to the 341 meeting, on August 19, 2009, the Debtors filed a motion to compel the Trustee to abandon the Business (the "Abandonment Motion"), asserting that it had "no value to the estate." [See generally, DC No. RKS-1, filed August 19, 2009, Motion to Compel Trustee to Abandon Business, Par. 2].

3. With the filing of the Abandonment Motion, the Trustee learned that the Debtors were engaged in ongoing business. [See Declaration of Gary R. Farrar in Support of Motion By Chapter 7 Trustee to Sell Assets of Debtors' Pool Maintenance and Repair Business filed herewith (the "Farrar Declaration"), Par. 4]. At the 341 meeting, Trustee learned

that the Business had approximately 120 separate customer accounts, employed two people, and in the recent summer months had generated approximately $20,000 per month in Business. [Id.].

4. Accordingly, Trustee disputed the Debtors' contentions that the Business had "no value." Trustee informed the Debtors that unless they were willing to purchase the estate's interest in the Business from the estate, the Business would need to be shut down immediately. [Farrar Declaration, Par. 5].

5. The Debtors temporarily closed the Business, and entered into negotiations with Trustee. Subject to Court approval, the parties have reached an agreement for the Sale of the Business. [Farrar Declaration, Par. 6].

6. The parties recognize that because of the nature and limited size of the Business, the value of the Business is intertwined with its goodwill, the personal service efforts of the Debtors, and the ability to service customers particularly during the summer months when pool usage is at its highest. [Farrar Declaration, Par. 12]. Accordingly, the parties desire to consummate a sale of the Business as soon as possible. Trustee believes that if the matter were heard on regular notice and placed on the Court's September 22, 2009, law and motion calendar, the value of the assets to be sold and, therefore, the sale would be jeopardized. [Id.].

7. Accordingly, Trustee proposes that the matter be heard by the Court on the Court's September 8, 2009, law and

motion calendar, on at least 8 days' notice to creditors, and that creditors be given through the date and time of the hearing for the filing of opposition, if any, to the granting of the motion.

WHEREFORE, Trustee respectfully requests that the Court grant the shorten time application.

Dated: August 31, 2009

SUNTAG & FEUERSTEIN
A Professional Corporation

By: /s/ Abram S. Feuerstein
Abram S. Feuerstein
(Proposed) Attorneys for
Gary R. Farrar, Trustee